United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUGENE HART, JR.,

Plaintiff,

v.

S.F. DEPARTMENT OF ELECTIONS, et al.,

Defendants.

Case No. 26-cv-10298-HSG

**JUDGMENT**

Judgment is hereby entered consistent with the Court's Order Adopting the Magistrate Judge's Report and Recommendation to Dismiss,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 29th day of October, 2026.

Mark B. Busby
Clerk of Court

By: ______________________
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.